IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| XYZ CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO,<br><br>Defendants. | Case No. 1:25-cv-12683-JLA-AB<br><br>Honorable Jorge L. Alonso<br><br>Magistrate Albert Berry, III |

**DECLARATION OF JENNIFER PANTUSO IN SUPPORT OF
PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

I, Jennifer Pantuso, of Henderson, Nevada declare as follows:

1. Except as otherwise expressly stated to the contrary, this declaration is based upon my personal knowledge of the following facts and, if called as a witness, I could and would competently testify to the statements made herein.

2. I make this declaration in support of Plaintiff's *ex parte* Motion for Temporary Restraining Order, Including a Temporary Asset Restraint, and Expedited Discovery (the "Motion").

3. Between July 14 – August 28, 2025 I placed product orders on the Amazon online marketplace platform (the "Platform") with order numbers and product titles as outlined in the table below:



| DECLARATION OF J. PANTUSO IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER | Case No. 1:25-cv-12683-JLA-AB |
|---|---|





The foregoing table represents a true and accurate summary of purchases made by me from the e-commerce stores (the "Online Stores") maintained on the Platform operated and owned by the Individuals, Corporations, Limited Liability Partnerships, and Unincorporated Associations Identified on Schedule "A" to the Complaint (collectively, the "Defendants"), in this action. Moreover, each of the foregoing purchases were made because the Online Stores were selling ▮▮▮▮▮ that infringe on Plaintiff's federally registered patent, ▮▮▮▮▮.

4. As outlined in the table above, all the ▮▮▮▮▮ (the "Infringing Products") purchased and presented in the table have since shipped to the State of Illinois and the City of Chicago and have all been delivered, as shown in the table above. All the Infringing Products ordered by me are sold by the Defendants in this action.

DECLARATION OF J. PANTUSO IN SUPPORT OF  Case No. 1:25-cv-12683-JLA-AB
MOTION FOR TEMPORARY RESTRAINING ORDER

5. All purchased Infringing Products have resulted in completed sales transactions, which includes payment being made. To the extent the Court requires physical proof that the purchased Infringing Products were delivered in the State of Illinois, City of Chicago, I am willing to supplement this declaration with photographic evidence of my receipt of same.

I declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Executed on October 21, 2025 in Henderson, Nevada.

Respectfully Submitted,

By: */s/ Jennifer Pantuso*
Jennifer Pantuso
