IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Shenzhen Peishi Advertising Media Co., Ltd., <br><br> Plaintiff, <br><br> v. <br><br> THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE "A" HERETO, <br><br> Defendants. | Case No. 1:25-cv-12683-JLA-AB <br><br> **Honorable Jorge L. Alonso** <br><br> **Magistrate Albert Berry, III** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, December 2, 2025, at 9:30 a.m., Plaintiff, by and through its counsel, the Bayramoglu Law Offices, LLC, will present Plaintiff's Motion for Preliminary Injunction, Docket No. 26, shall appear by telephone, before the Honorable Jorge L. Alonso, of the U.S. District Court for the Northern District of Illinois.

DATED: November 24, 2025

Respectfully submitted,

By: */s/ William R. Brees*
William R. Brees (FL Bar No. 98886)
Joseph W. Droter (Bar No. 6329630)
**BAYRAMOGLU LAW OFFICES LLC**
233 S. Wacker Drive, 44th Floor, #57
Chicago, IL 60606
Tel: (702) 462-5973 Fax: (702) 553-3404
William@bayramoglu-legal.com
Joseph@bayramoglu-legal.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November 2025, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the electronic case filing system. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

Respectfully submitted,

By: */s/ William R. Brees*
William R. Brees (Bar No. 98886)
**BAYRAMOGLU LAW OFFICES LLC**
233 S. Wacker Drive, 44th Floor, #57
Chicago, IL 60606
Tel: (702) 462-5973 | Fax: (702) 553-3404
William@bayramoglu-legal.com
*Attorney for Plaintiff*